IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHELSEA D., a Minor, Individually | : | CIVIL ACTION |
| AND by and through her Parents | : | NO. 12-1554 |
| ROBERT D. and JOANNE D. | : | |
| | : | |
| v. | : | |
| | : | |
| AVON GROVE SCHOOL DISTRICT | : | |
| | : | |

## ORDER

AND NOW this 15th day of July, 2013, upon consideration of plaintiffs' motion for judgment on the administrative record (Dkt. No. 13) and defendant's response thereto (Dkt. No. 16) and defendant's motion for judgment on the administrative record (Dkt. No. 14) and plaintiffs' response thereto (Dkt. No. 15), it is ORDERED that:

1) Plaintiffs' motion is DENIED;

2) Defendant's motion is GRANTED; and

3) JUDGMENT IS ENTERED in favor of defendant Avon Grove School District and against plaintiffs Chelsea D., Robert D. and Joanne D.

4) The Clerk of Court is directed to close this case statistically.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.